```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STOWE, LLC,

                Plaintiff,

        - against -                        O R D E R

MAEGAN CAMPBELL and MAEGAN                 24 Civ. 4478 (NRB)
CAMPBELL, LLC,

                Defendants.
------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** plaintiff filed the complaint on June 11, 2024,

    **WHEREAS** the Court informed plaintiff's counsel by letter, dated September 3, 2024, of plaintiff's obligation to effect service within 90 days of filing (see Fed. R. Civ. P. 4(m)),

    **WHEREAS** the Court granted plaintiff's request for a 60-day extension of time to serve the Summons and Complaint, and

    **WHEREAS** plaintiff has not filed an affidavit of service with respect to any defendant; it is hereby

    **ORDERED** that plaintiff's complaint is dismissed without prejudice.

Dated:    New York, New York
           November 12, 2024

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE