UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STOWE, LLC d/b/a CAVANAGH BAKER,

                            Plaintiff,           **ORDER**

              - against -         24-cv-04478 (NRB)

MAEGAN CAMPBELL and MAEGAN CAMPBELL, LLC,

                         Defendants.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

       **WHEREAS**, on September 19, 2025, the Clerk of Court entered a Certificate of Default against both defendants. ECF No. 45; and

       **WHEREAS**, before a motion for the entry of a final default judgment was filed, defendant Maegan Campbell ("Campbell") submitted a letter to the Court expressing her intention to defend this claim pro se. ECF No. 47; and

       **WHEREAS**, Campbell's submission provides a sufficient basis to vacate the default judgment against her; it is hereby

       **ORDERED**, that the Clerk's Certificate of Default against Campbell, ECF No. 45, is vacated and Campbell may represent herself in her individual capacity pro se; and

       **WHEREAS**, corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel may result in the entry of a default judgment against the corporate

1

party, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED**, that defendant Maegan Campbell, LLC has 30 days to retain counsel and for counsel to file a notice of appearance.

Dated:    December 19, 2025
          New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2